UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SAMUEL WHITING, and<br>GLENN WHITING,<br><br>    Plaintiffs,<br><br>v.<br><br>CAPTAIN DAVID MCGILL, Tennessee<br>Highway Patrol,<br>KEVIN HOPPEE, Trooper with the Tennessee<br>Highway Patrol,<br>RHONDA COOLEY, Circuit Court Clerk,<br>SHERRY ANDERSON, Deputy Circuit Court<br>Clerk,<br>JACK M. HARRILL, and<br>MCMINN COUNTY, TENNESSEE<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:12-cv-00301<br>)  MAGISTRATE JUDGE LEE<br>)<br>)  JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

Upon motion to dismiss filed by the defendants, Robert E. Cooper, Jr., Robert Steve Bebb, James H. Stutts, Andrew M. Freiberg, and the State of Tennessee, and upon the admission of the plaintiffs that these defendants should be dismissed for the reasons set forth in defendants Memorandum of Law in Support of Motion to Dismiss identified as document no. 18 filed on October 17, 2012, and it

**APPEARING** that said motion is well taken, said motion is therefore granted and this cause of action against these named defendants is dismissed herein with prejudice.

ENTER this the _____ day of _____, 2013.

                                   s/ *Susan K. Lee*
                                   SUSAN K. LEE
                                   UNITED STATES MAGISTRATE JUDGE

1

RESPECTFULLY SUBMITTED:

/s/ Russell L. Leonard
Russell L. Leonard, BPR # 014191
*Attorney for Plaintiffs*
315 North High Street
Winchester, TN 37398
(931) 962-0447 Phone
(931) 962-1816 Fax

/s/ Carol A. Molloy
Carol A. Molloy, BPR # #024915
*Attorney for Plaintiff*
6724 Buford Station Road
Lynnville, TN 38472
(931) 527-3603 Phone
(931) 527-0382 Fax

/s/ Mary M. Bers
Mary M. Bers, Esq.
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-1845

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this pleading has been served on the following interested party through the electronic filing system, or by first-class mail, properly addressed as follows and proper postage prepaid:

Amanda Jordan, Esq.
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Arthur F. Knight, II, Esq.
Taylor & Knight, G.P.
800 South Gay Street, Ste. 600
Knoxville, TN 37929

This 25th day of March 2013.

s/Russell L. Leonard